UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                              CASE NO. 05-31168-PNS3
                                                    CHAPTER 13
ERIC D. SIMMONS
SHERRY A. SIMMONS

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: NATIONAL CITY BANK which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 381560 in the amount of 202.58 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                              OFFICE OF THE CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 646
                              TALLAHASSEE, FL 32302
                              ldhecf@earthlink.net
                              (850) 681-2734 "Telephone"
                              (850) 681-3920 "Facsimile"
</pre>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

<pre>
ERIC D. SIMMONS               NATIONAL CITY BANK
SHERRY A. SIMMONS             P.O. BOX 500 K-A16-2J
6052 PROSPECT LANE            PORTAGE, MI 49081
PENSACOLA,  FL  32526

AND

KARIN A. GARVIN, ATTY.
220 W. GARDEN STREET, STE.
805
PENSACOLA, FL 32501
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
11/30/2009  2:45 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
</pre>